ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PAUL PESCE and RACHEL PESCE,

                              Plaintiffs,

v.                                                    STIPULATION AND ORDER
                                                      EXTENDING TIME TO ANSWER
                                                      Index No. 08-CIV-5181 (WCC)

LACY KATZEN LLP,                                      ECF CASE

                              Defendant.

_____

It is hereby stipulated the time to answer the Summons and Complaint has been extended

until July 11, 2008.

Dated: June 27, 2008                          Dated: July 3 7, 2008


LACY KATZEN LLP                               KLEINMAN LLC
By: Michael S. Schnittman, Esq.               By: Abraham Kleinman, Esq. (AK-6300)
Attorneys for Defendant                       Attorneys for Plaintiff
The Granite Building                          626 RexCorp Plaza
130 East Main Street                          Uniondale, New York 11556-0165
Rochester, New York 14604                     Tel: (516) 522-2621
Tel: (585) 454-5650


SO ORDERED.
Dated: White Plains, NY
        July 7, 2008

William C. Connor,
WILLIAM C. CONNER, Senior U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

                                                      200501062-Stipulation

                                                      E-
                                                                TOTOL  P.03
                                              COPIES MAILED TO COUNSEL OF RECORD
                                              AND MAILED TO A's COUNSEL