UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| PAUL PESCE and RAQUEL PESCE<br>on behalf of themselves and all others<br>similarly situated, | Docket No.: 08 CV 5181 |
| Plaintiff, | DEFENDANT, LACY KATZEN, LLP.'s<br>RULE 7.1 DISCLOSURE STATEMENT |
| -against- | |
| LACY KATZEN, LLP., | |
| Defendant. | |

-------------------------------------------------------x

Pursuant to RULE 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for LACY KATZEN, LLP. certifies that the following are parent corporations or publicly held corporations owning at least 10% of its stock:

**NONE.**

Dated: New York, New York
July 9, 2008

                                          ABRAMS, GORELICK, FRIEDMAN &
                                          JACOBSON, P.C.
                                          Attorneys for Defendant
                                          Lacy Katzen, LLP.

                                          By:_____
                                              Michael E. Gorelick (MEG-6026)
                                          One Battery Park Plaza – 4th Floor
                                          New York, New York  10004
                                          (212) 422-1200

TO:    ABRAHAM KLEINMAN, ESQ.
           KLEINMAN, LLC.
           Attorney for Plaintiffs

-2-

626 RexCorp Plaza
Uniondale, New York 11556-0165
(526) 522-2621

STATE OF NEW YORK )
                  )ss.:
COUNTY OF NEW YORK )

  Angel DeJesus, being duly sworn, deposes and says:

  I am not a party to the within action; I am over 18 years of age; I reside in Bronx, New York.

  On July 9, 2008, I served the within Defendant Lacy Katzen, LLP's Rule 7.1 Disclosure Statement upon:

  ABRAHAM KLEINMAN, ESQ.
  KLEINMAN, LLC.
  Attorney for Plaintiffs
  626 RexCorp Plaza
  Uniondale, New York 11556-0165
  (526) 522-2621

at the above address(es) by depositing a true copy of same, enclosed in a properly addressed postpaid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                _____
                 Angel DeJesus

Sworn to before me this
9th day of July, 2008

_____
  Notary Public

    ROSE FORTUNATO
    COMMISSIONER OF DEEDS
    CITY OF NEW YORK NO. 5-732
    CERTIFICATE FILED IN RICHMOND COUNTY
    COMMISSION EXPIRES MAY 1, 20 _10_